UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEARING CONSTRUCTION INC., | * |
| Plaintiff | * |
| v. | Civil Action No. 1:15-cv-03781-JKB |
| | * |
| AERONAUTICA WINDPOWER, LLC, <u>et al.</u>, | |
| | * |
| Defendants. | |
| | * |

STIPULATION OF VOLUNTARY DISMISSAL

COME NOW plaintiff BEARING CONSTRUCTION INC. and defendants AERONAUTICA WINDPOWER, LLC and WESTCHESTER FIRE INSURANCE COMPANY and stipulate to voluntary dismissal of this action pursuant to Rule 41(a), Fed.R.Civ.P.  Dismissal is without prejudice as to defendant Aeronautica Windpower, LLC.  Dismissal is with prejudice as to defendant Westchester Fire Insurance Company.

Respectfully submitted this 31st day of March 2017.

  /s/ Christopher L. Grant_____
Christopher L. Grant
Attorney at Law, Bar ID 10941
1250 Connecticut Ave., NW, Suite 200
Washington, DC  20036
Tel. (202) 737-0981
lawgrant@mindspring.com
Attorney for Plaintiff

  /s/ Jay P. Holland_____
Jay P. Holland
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(240) 553-1198
jholland@jgllaw.com
Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that I have this 31st day of March 2017 served a copy of this stipulation of voluntary dismissal upon counsel for defendants by means of the Court's electronic filing system, as follows:

Jay P. Holland, Esq.<br>
Joseph, Greenwald & Laake, P.A.<br>
Suite 400<br>
6404 Ivy Lane<br>
Greenbelt, MD 20770<br>
jholland@jgllaw.com

    /s/ Christopher L. Grant_____
Christopher L. Grant