IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **BEARING CONSTRUCTION INC.** | * | |
| Plaintiff | * | |
| | * | CIVIL NO. JKB-15-3781 |
| v. | * | |
| **AERONAUTICA WINDPOWER, LLC,** et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Stipulation of Voluntary Dismissal filed on March 31, 2017 (ECF No. 32), with the dismissal of Aeronautica Windpower, LLC, without prejudice and the dismissal of Westchester Fire Insurance Company with prejudice accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 31st day of March, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge